BOARD OF FOREIGN MISSIONS OF THE REFORMED CHURCH IN AMERICA, Plaintiff, *v.* JACOB VOLK, Respondent, and ALBERT A. VOLK et al., Appellants, Impleaded with Others.

*Board of Foreign Missions of Reformed Church in America* v. *Volk,* 188 App. Div. 967, affirmed.

(Argued September 30, 1919; decided October 14, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 27, 1919, which affirmed an order of Special Term

confirming the report of a referee, and directing distribution in surplus money proceedings arising upon a foreclosure sale. The referee found that Jacob Volk and his father, Sussman Volk, originally owned the mortgaged premises as tenants in common; that on April 1, 1907, Jacob Volk conveyed his one-half interest therein to his father in trust for Jacob Volk, and that in consequence thereof upon his father's death he became seized in equity of the one-half interest, so held in trust for him, in addition to the one-seventh interest he would take as heir at law of his father. The appellants maintained that the deed dated April 1, 1907, given by Jacob Volk to his father, Sussman Volk, was an absolute transfer of a one-half interest in the property and not one clothed or impressed with a trust in Jacob's favor; that Sussman Volk at the time of his death was seized of the said premises in fee simple, and that his seven children and heirs at law share equally in the said surplus, each being entitled to a one-seventh interest therein, subject to the widow's dower.

*Percival C. Smith* for appellants.

*Jacob I. Berman* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.